# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS<br><br>Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>Proposed Defendant-Intervenors | Civil Action No. 1:17-cv-00485 |

## STUDENTS FOR FAIR ADMISSIONS' [PROPOSED] ANSWER

Proposed Defendant-Intervenor Students for Fair Admissions, Inc. ("SFFA") hereby answers the complaint of Plaintiff the Trustees of Princeton University ("Princeton") as follows:

## INTRODUCTION

1.      This paragraph contains characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to the Office for Civil Rights ("OCR") and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

2.      SFFA admits that the same materials at issue in this case are at issue in SFFA's

FOIA request and in *Students for Fair Admissions, Inc. v. U.S. Department of Education*, No. 16-

cv-2154 (D.D.C.).  SFFA further admits that it submitted a request to the Department of

Education under the Freedom of Information Act requesting "all documents concerning the

investigation of Princeton University in Case Number 02-08-6002." SFFA lacks knowledge or

information sufficient to form a belief with respect to the allegations of the documents and

information submitted to OCR or the communications between Princeton and OCR and therefore

denies those allegations. SFFA denies the remaining allegations in this paragraph.

3.      SFFA lacks knowledge or information sufficient to form a belief with respect to

the allegations of the documents and information submitted to OCR or the communications

between Princeton and OCR and therefore denies those allegations. SFFA denies the remaining

allegations in this paragraph.

4.      SFFA lacks knowledge or information sufficient to form a belief with respect to

the allegations of the documents and information submitted to OCR or the communications

between Princeton and OCR and therefore denies those allegations. SFFA denies the remaining

allegations in this paragraph.

5.      This paragraph contains characterizations of this litigation and conclusions of law

to which no response is required. To the extent a response is required, the characterizations and

conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with

respect to the allegations of the documents and information submitted to OCR and therefore

denies those allegations. SFFA denies the remaining allegations in this paragraph.

6.      This paragraph contains characterizations of this litigation and conclusions of law

to which no response is required. To the extent a response is required, the characterizations and

conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to OCR and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

7.      This paragraph contains characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to OCR or the communications between Princeton and OCR and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

8.      This paragraph contains characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to OCR and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

9.      This paragraph contains characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied.

## **VENUE AND JURISDICTION**

10.      The allegations in this paragraph state a legal conclusion to which no response is required.

11.      The allegations in this paragraph state a legal conclusion to which no response is required.

**PARTIES**

12.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the institutional status of Princeton and therefore denies those allegations in the first sentence. The allegations in the second sentence of this paragraph state a legal conclusion to which no response is required.

13.     This paragraph contains conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to OCR and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

14.     This paragraph contains conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the documents and information submitted to OCR and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

**FACTUAL ALLEGATIONS**

15.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations of the institutional status, emphases, and commitments of Princeton and therefore denies those allegations.

16.      SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's admissions process and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

17.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's admissions process and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

18.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's admissions process and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

19.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's admissions process and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

20.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's admissions process and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

<u>OCR Case Number 02-08-6002 & the Materials at Issue</u>

21.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding OCR's investigation of Princeton and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

22.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding OCR's investigation of Princeton and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

23.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding OCR's investigation of Princeton and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

24.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding OCR's investigation of Princeton or the documents and information submitted by Princeton to OCR, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

25.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding OCR's investigation of Princeton or the documents and information submitted by Princeton to OCR, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

26.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton to OCR or the manner in which these documents are used, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

27.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton to OCR or the competitive harm to Princeton if they were disclosed, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

    a.   SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton to OCR or the competitive harm to Princeton if they were disclosed, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

    b.   SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton

to OCR or the competitive harm to Princeton if they were disclosed, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

c.   SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton to OCR or the competitive harm to Princeton if they were disclosed, and therefore denies those allegations. SFFA denies the remaining allegations in this paragraph.

28.   SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding Princeton's response to OCR's investigation. SFFA avers that the referenced document speaks for itself. SFFA denies the remaining allegations in this paragraph

<u>FOIA Request Number 16-00645-F</u>

29.   SFFA admits that it submitted a request to the Department of Education under the Freedom of Information Act requesting "all documents concerning the investigation of Princeton University in Case Number 02-08-6002" and that it was designated as FOIA Request No. 16-00645-F. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the documents and information submitted by Princeton to OCR or when SFFA's FOIA request was received by OCR, and therefore denies those allegations.

30.   Admitted.

31.   SFFA admits that it received a copy of a letter from John F. Carroll on December 1, 2016. SFFA avers that the referenced document speaks for itself. SFFA denies the remaining allegations in this paragraph.

32.   SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the communications between Princeton to OCR, and therefore denies those allegations.

33.     SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the communications between Princeton to OCR, and therefore denies those allegations.

34.     This paragraph contains characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied. SFFA lacks knowledge or information sufficient to form a belief with respect to the allegations regarding the communications between Princeton and OCR or between the Department of Education, OCR, and other individuals, and therefore denies those allegations. SFFA avers that the referenced document speaks for itself. SFFA denies the remaining allegations in this paragraph.

35.     The allegations in this paragraph state a legal conclusion to which no response is required.

### COUNT I – VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT

36.     SFFA repeats and incorporates its responses to Paragraphs 1 through 35 as if fully set forth herein.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

## **REQUEST FOR DECLARATORY JUDGMENT**

43.    Under SFFA repeats and incorporates its responses to Paragraphs 1 through 35 as if fully set forth herein.

44.    Denied.

    a.   Denied.

    b.   Denied.

    c.   Denied.

## **REQUEST FOR A PERMANENT INJUNCTION**

45.    SFFA repeats and incorporates its responses to Paragraphs 1 through 35 as if fully set forth herein. The allegations in footnote three contain characterizations of this litigation and conclusions of law to which no response is required. To the extent a response is required, the characterizations and conclusions are denied.

46.    Denied.

47.    Denied.

48.    Denied.

49.    Denied.

50.    Denied.

## **PRAYER FOR RELIEF**

The remainder of the Complaint is a prayer for relief to which no response is required. To the extent a response is required, SFFA denies that Princeton is entitled to the relief requested or to any other relief whatsoever. Except to the extent expressly admitted or qualified above, SFFA denies each and every allegation of the Complaint.

## **AFFIRMATIVE DEFENSES**

Princeton's complaint fails to state a claim upon which relief can be granted.

Respectfully submitted,

By: /s/ J. Michael Connolly

Dated: March 30, 2017

J. Michael Connolly (D.C. Bar No. 995815)
William S. Consovoy (D.C. Bar No. 493423)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
mike@consovoymccarthy.com
will@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: (212) 247-8006
park@consovoymccarthy.com

*Counsel for Students for Fair Admissions, Inc.*