IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS<br><br>        Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>        Proposed Defendant-Intervenors | Civil Action No. 1:17-cv-00485 |

**[PROPOSED] ORDER GRANTING STUDENTS FOR FAIR ADMISSIONS' MOTION TO INTERVENE AND CONSOLIDATE**

Upon consideration of the consent motion to intervene and consolidate by Students for Fair Admissions, Inc. ("SFFA"), and for good cause shown, it is hereby

ORDERED that SFFA's motion is GRANTED.

It is further ORDERED that related cases No. 17-cv-485 and No. 16-cv-2154 are CONSOLIDATED.

SO ORDERED.

Date: _____

_____
The Honorable Tanya S. Chutkan
U.S. District Judge