**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS <br><br> Defendants, <br><br> and <br><br> STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Proposed Defendant-Intervenors | Civil Action No. 1:17-cv-00485 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1, Students for Fair Admissions, Inc. ("SFFA") certifies the following. SFFA is a non-profit corporation organized under the laws of Virginia. SFFA has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                                        Respectfully submitted,

                                        By: <u>/s/ J. Michael Connolly</u>

Dated: March 30, 2017            J. Michael Connolly (D.C. Bar No. 995815)
                                        William S. Consovoy (D.C. Bar No. 493423)
                                        Consovoy McCarthy Park PLLC
                                        3033 Wilson Boulevard, Suite 700
                                        Arlington, VA 22201
                                        Tel: (703) 243-9423
                                        mike@consovoymccarthy.com
                                        will@consovoymccarthy.com

                                        Michael H. Park
                                        Consovoy McCarthy Park PLLC
                                        3 Columbus Circle, 15th Floor
                                        New York, NY 10019
                                        Tel: (212) 247-8006
                                        park@consovoymccarthy.com

                                        *Counsel for Students for Fair Admissions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2017, I caused copies of the foregoing to be served via the Court's electronic filing system and electronic mail upon the following:

Thomas J. Perrelli
Lindsay C Harrison
Jessica R. Hertz
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001-4412
tperrelli@jenner.com
lharrison@jenner.com
jhertz@jenner.com

*Counsel for The Trustees of Princeton University*

Daniel P. Schaefer
Assistant United States Attorney
555 4th Street, N.W. Washington, D.C. 20530
Daniel.Schaefer@usdoj.gov

*Counsel for The U.S. Department of Education and*
*The U.S. Department of Education, Office for Civil Rights*

/s/ J. Michael Connolly<br>J. Michael Connolly