**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRUSTEES OF PRINCETON UNIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>*Defendants*. | Civil Action No. 17-485 (TSC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights, in the above-captioned case.

April 4, 2017                                              Respectfully submitted,

                                                           */s/ Daniel P. Schaefer*
                                                           DANIEL P. SCHAEFER
                                                           D.C. Bar 996871
                                                           Assistant United States Attorney
                                                           555 4th Street, N.W.
                                                           Washington, D.C. 20530
                                                           Tel: (202) 252-2531
                                                           E-mail: Daniel.Schaefer@usdoj.gov