# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br>Princeton, New Jersey 08544<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, DC 20202,<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br>32 Old Slip, 26th Floor<br>New York, NY 10005,<br><br>　　　　　　　Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br>2200 Wilson Blvd.<br>Suite 102-13<br>Arlington, VA 22201,<br><br>　　　　　　　Defendant-Intervenor. | Civil Action No. 17-cv-485-TSC |

## AFFIDAVIT OF MAILING

I, Lisa M. English, hereby state that, pursuant to Federal Rules of Civil Procedure 4(i)(2) and 4(i)(1)(A)(ii), on the 20th of March, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following parties:

United States Department of Education
Office of the General Counsel
400 Maryland Avenue SW
Washington, DC 20202

I have received the receipt for the certified mail, No. 70081140000173091657 (attached hereto), indicating that delivery of the summons and complaint was made upon said party on the 23rd day of March, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

_5/17/17_
Date

_Lisa M. English_
Signature

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70081140000173091657

  

Delivered

**Updated Delivery Day:** Thursday, March 23, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**   **Features:**
                     Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 23, 2017, 7:49 am | Delivered, To Mail Room | WASHINGTON, DC 20202 |
| | Your item has be... DC 20202. | in WASHINGTON, |
| March 23, 2017, 6:... | | HINGTON, DC 20018 |
| March 22, 2017, 7:... | | |
| March 21, 2017, 1... | | HERSBURG, MD 8 |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 28¢ |
| Certified Fee | | 3.35 |
| Return Receipt Fee (Endorsement Required) | | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.34 |

Postmark Here

Sent To: United States Department of Education
Street, Apt; or PO Box: Office of the General Counsel
City, State: 400 Maryland Avenue SW
Washington, DC 20202

PS Form 3800, August 2006           See Reverse for Instructions