IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br>Princeton, New Jersey 08544<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, DC 20202,<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br>32 Old Slip, 26th Floor<br>New York, NY 10005,<br><br>    Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br>2200 Wilson Blvd.<br>Suite 102-13<br>Arlington, VA 22201,<br><br>    Defendant-Intervenor. | Civil Action No. 17-cv-485-TSC |

## AFFIDAVIT OF MAILING

I, Lisa M. English, hereby state that, pursuant to Federal Rules of Civil Procedure 4(i)(2) and 4(i)(1)(A)(ii), on the 20th of March, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following parties:

United States Department of Education, Office for Civil Rights
32 Old Slip, 26th Floor
New York, NY 10005,

The receipt for the certified mail, No. 70081140000173091664, is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

5/17/17
Date

*Lisa M. English*
Signature

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.24 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

Sent To: New York Office
Office for Civil Rights
Street, Apt. N or PO Box No: U.S. Department of Education
32 Old Slip
City, State, Zip: 26th Floor
New York, NY 10005

PS Form 3800, August 2006         See Reverse for Instructions

7008 1140 0001 7309 1664

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br>Princeton, New Jersey 08544<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, DC 20202,<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br>32 Old Slip, 26th Floor<br>New York, NY 10005,<br><br>    Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br>2200 Wilson Blvd.<br>Suite 102-13<br>Arlington, VA 22201,<br><br>    Defendant-Intervenor. | Civil Action No. 17-cv-485-TSC |

## AFFIDAVIT

I, Michael E. Stewart, hereby state that on May 8, 2017, I sent by email to Daniel P. Schaefer, Assistant United States Attorney, a request to confirm that service of the summons and complaint in the above-captioned case had been completed on the following party:

United States Department of Education, Office for Civil Rights
32 Old Slip, 26th Floor
New York, NY 10005

On May 17, 2017, Mr. Schaefer replied by email confirming service on the United States Department of Education, Office for Civil Rights. A true and correct copy of my May 8, 2017 email to Mr. Schaefer, and Mr. Schaefer's May 17, 2017 response, is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

_5/17/17_
Date

_[signature]_
Signature

2

# Stewart, Michael E.

| | |
|---|---|
| **From:** | Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov> |
| **Sent:** | Wednesday, May 17, 2017 10:08 AM |
| **To:** | Stewart, Michael E. |
| **Cc:** | Harrison, Lindsay C. |
| **Subject:** | RE: Trustees of Princeton v. Department of Education, 17-cv-485 (D.D.C.) |

Yes, confirmed.

Dan

Daniel P. Schaefer
(202) 252-2531

**From:** Stewart, Michael E. [mailto:MStewart@jenner.com]
**Sent:** Monday, May 8, 2017 11:29 AM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Subject:** Trustees of Princeton v. Department of Education, 17-cv-485 (D.D.C.)

Dan,

Following up on our call this morning, I'm writing to request confirmation that the U.S. Department of Education – Office for Civil Rights has received service of the summons and complaint in *Trustees of Princeton University vs. U.S. Department of Education et al.*, No. 17-cv-485-TSC (D.D.C.). The service packet was sent by certified mail on March 20, 2017.

Regards,
Mike Stewart

---

**Michael E. Stewart**
Admitted only in New York, not admitted in the District of Columbia
Practicing under the supervision of the partnership of Jenner & Block LLP

**Jenner & Block LLP**
1099 New York Avenue, NW
Suite 900, Washington, DC 20001-4412 | jenner.com
+1 202-637-6329 | TEL
MStewart@jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

1