# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br>Princeton, New Jersey 08544<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br>400 Maryland Avenue, SW<br>Washington, DC 20202,<br><br>UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br>32 Old Slip, 26th Floor<br>New York, NY 10005,<br><br>               Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br>2200 Wilson Blvd.<br>Suite 102-13<br>Arlington, VA 22201,<br><br>               Defendant-Intervenor. | Civil Action No. 17-cv-485-TSC |

## **AFFIDAVIT OF MAILING**

I, Lisa M. English, hereby state that, pursuant to Federal Rules of Civil Procedure 4(i)(2) and 4(i)(1)(A)(ii), on the 20th of March, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, addressed to the following parties:

Attorney General Jeff Sessions
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 70081140000173073561 (attached hereto), indicating that delivery of the summons and complaint was made upon said parties on the 24th day of March, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

5/17/17
Date

Lisa M. English
Signature

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70081140000173073561

   Delivered

**Updated Delivery Day:** Friday, March 24, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**   **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 24, 2017, 5:18 am | Delivered | WASHINGTON, DC 20530 |
| | Your item was delivered... | ...0530. |
| March 23, 2017, 12:... | | ...INGTON, DC 20530 |
| March 23, 2017, 12:... | | ...INGTON, DC 20018 |
| March 20, 2017, 5:4... | | ...NGTON, DC 20091 |

See More ⌄



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE
Postage $ 2.24
Certified Fee 3.35
Return Receipt Fee (Endorsement Required) 2.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.34
Sent To Attorney General Jeff Sessions
Street, Apt. No. or PO Box No. United States Department of Justice
City, State, ZIP 950 Pennsylvania Avenue NW
Washington, DC 20530
PS Form 3800, August 2006    See Reverse for Instructions