## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS<br><br>       Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>       Defendant-Intervenor | Civil Action No. 17-cv-00485-TSC<br><br>(consolidated with No. 16-cv-2154-TSC) |

### JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE

Plaintiff the Trustees of Princeton University ("Princeton"), Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights ("the Department"), and Defendant-Intervenor Students for Fair Admissions, Inc. ("SFFA") respectfully submit this joint motion for entry of a stipulated briefing schedule in the above-captioned case.

In support of their motion, the parties state as follows:

1. On January 11, 2016, SFFA submitted a request under the Freedom of Information Act ("FOIA") to the Department, seeking "[a]ll documents concerning the investigation of Princeton University" into its alleged discrimination against Asian Americans in its undergraduate admissions process. *See* Doc. 1-1 at 2, ¶ 5.

2.     On October 27, 2016, SFFA filed a lawsuit in the U.S. District Court for the District of Columbia seeking to compel disclosure of the materials it identified in its FOIA request. *See Students for Fair Admissions, Inc. v. U.S Department of Education*, No. 16-cv-2154 (D.D.C.). The case was assigned to District Judge Chutkan.

3.     On March 17, 2017, after the Department informed Princeton that it would be producing the requested materials to SFFA, Princeton filed a lawsuit in the U.S. District Court for the District of Columbia against the Department seeking to enjoin the disclosure of the materials identified in SFFA's FOIA request. *See Trustees of Princeton University v. U.S. Dep't of Education*, No. 17-cv-485 (D.D.C.). The case also was assigned to District Judge Chutkan.

4.     On May 9, 2017, the Court granted SFFA's consent motion to intervene in this case (No. 17-cv-485) and to consolidate it with SFFA's case (No. 16-cv-2154).

5.     In order to expeditiously resolve the issues in this case, the parties have agreed, subject to the Court's approval, to the following schedule:

   a.  The Department will file its answer on or before May 26, 2017.

   b.  The Department shall certify the administrative record, transmit the administrative record to Princeton and SFFA, and file a certified list of the contents of the administrative record with the Court on or before June 16, 2017.

   c.  Princeton shall file its motion for summary judgment on or before July 17, 2017.

   d.  *Amicus curiae* briefs in support of Princeton's motion for summary judgment will be filed on or before July 24, 2017.

   e.  The Department and SFFA will file their oppositions to Princeton's motion for summary judgment and their cross-motions for summary judgment on or before September 1, 2017.

- 3 -

    f. *Amicus curiae* briefs in support of the Department's and SFFA's motions for summary judgment will be filed on or before September 8, 2017.

    g. Princeton shall file its reply in support of its motion for summary judgment and oppositions to the cross-motions for summary judgment on or before September 22, 2017.

    h. The Department and SFFA shall file their replies in support of their cross-motions on or before October 20, 2017.

    i. Counsel shall provide the Court with a joint appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon on or before November 3, 2017.

6. The parties believe this schedule will streamline the issues in this case, conserve judicial and party resources, and allow the Court to expeditiously resolve this dispute. *See, e.g., Jurewicz v. U.S. Dept. of Agriculture*, 891 F. Supp. 2d 147, 152 (D.D.C. 2012) (resolving reverse-FOIA lawsuit through cross-motions for summary judgment).

For the foregoing reasons, the parties respectfully request that the Court grant their motion for entry of the proposed briefing schedule.

Dated: May 17, 2017

/s/ Lindsay C. Harrison

Thomas J. Perrelli (D.C. Bar No. 438929)
Lindsay C. Harrison (D.C. Bar No. 977407)
Jessica R. Hertz (D.C. Bar No. 989589)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: 202 639-6000
Fax: 202 639-6066
tperrelli@jenner.com
lharrison@jenner.com
jhertz@jenner.com

*Counsel for Plaintiff*
*The Trustees of Princeton University*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar 415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

/s/ Daniel P. Schaefer

Daniel P. Schaefer (D.C. Bar 996871)
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights*


/s/ J. Michael Connolly

J. Michael Connolly (D.C. Bar No. 995815)
William S. Consovoy (D.C. Bar No. 493423)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
mike@consovoymccarthy.com
will@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: (212) 247-8006
park@consovoymccarthy.com

*Counsel for Defendant-Intervenor Students for Fair Admissions, Inc.*

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of May 2017, I caused copies of the foregoing to be served via the Court's electronic filing system upon the following:

Thomas J. Perrelli
Lindsay C Harrison
Jessica R. Hertz
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001-4412
tperrelli@jenner.com
lharrison@jenner.com
jhertz@jenner.com

*Counsel for The Trustees of Princeton University*

Daniel P. Schaefer
Assistant United States Attorney
555 4th Street, N.W. Washington, D.C. 20530
Daniel.Schaefer@usdoj.gov

*Counsel for The U.S. Department of Education and*
*The U.S. Department of Education, Office for Civil Rights*

                                                /s/ J. Michael Connolly
                                                J. Michael Connolly