IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS | ) ) ) ) ) | Civil Action No. 17-cv-00485-TSC (consolidated with No. 16-cv-2154-TSC) |
| Defendants, | ) ) | |
| and | ) ) | |
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) ) | |
| Defendant-Intervenor | ) ) ) | |

## **[PROPOSED] ORDER**

Upon consideration of the joint motion for entry of a stipulated briefing schedule by Plaintiff the Trustees of Princeton University ("Princeton"), Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights ("the Department"), and Defendant-Intervenor Students for Fair Admissions, Inc. ("SFFA"), and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the following schedule is adopted:

1. The Department will file its answer on or before May 26, 2017.

2. The Department shall certify the administrative record, transmit the administrative record to Princeton and SFFA, and file a certified list of the contents of the administrative record with the Court on or before June 16, 2017.

3. Princeton shall file its motion for summary judgment on or before July 17, 2017.

4. *Amicus curiae* briefs in support of Princeton's motion for summary judgment will be filed on or before July 24, 2017.

5. The Department and SFFA will file their oppositions to Princeton's motion for summary judgment and their cross-motions for summary judgment on or before September 1, 2017.

6. *Amicus curiae* briefs in support of the Department's and SFFA's motions for summary judgment will be filed on or before September 8, 2017.

7. Princeton shall file its reply in support of its motion for summary judgment and oppositions to the cross-motions for summary judgment on or before September 22, 2017.

8. The Department and SFFA shall file their replies in support of their cross-motions on or before October 20, 2017.

9. Counsel shall provide the Court with a joint appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon on or before November 3, 2017.

SO ORDERED.

Date: _____                    _____
                                        The Honorable Tanya S. Chutkan
                                        U.S. District Judge