UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

)
THE TRUSTEES OF PRINCETON                 )
UNIVERSITY,                               )
                                          )
    *Plaintiff,*                          )
                                          )
    v.                                    )     Civil Action No. 1:17-CV-00485-TSC
                                          )
UNITED STATES DEPARTMENT OF               )
EDUCATION, *et al.*,                      )
                                          )
    *Defendants,*                         )
                                          )
    and                                   )
                                          )
STUDENTS FOR FAIR                         )
ADMISSIONS, INC.,                         )
                                          )
    *Intervenor-Defendant.*               )
_____)

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants United States Department of Education ("Department"), and the

Department's Office for Civil Rights ("OCR") (collectively, "Defendants"), by and through

undersigned counsel, respectfully submit this Answer to Plaintiff's Complaint for Declaratory

and Injunctive Relief ("Complaint").  Defendants respond by admitting, denying, and averring

each specifically enumerated paragraph as follows:

### INTRODUCTION

1.    This paragraph consists of legal arguments to which no response is required.  To

the extent a response is required, Defendants deny those allegations.

2.    Defendants admit that FOIA Request Number 16-00645-F is pending with the

Department and that it is the subject of *Students for Fair Admissions, Inc. v. U.S. Department of*

*Education*, No. 1:16-CV-02154-TSC (D.D.C.).  Regarding the remainder of the paragraph,

Defendants aver that the request and complaint themselves are the best evidence of their contents.

3.      The documents described in this paragraph are themselves the best evidence of their contents.  The remainder of this paragraph consists of legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

4.      The documents described in this paragraph are themselves the best evidence of their contents.  The remainder of this paragraph consists of legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

5.      This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

6.      This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

7.      This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

8.      This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

9.      This paragraph consists exclusively of Plaintiff's legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained herein.

## VENUE AND JURISDICTION

10.     This paragraph sets forth Plaintiff's legal conclusions to which no response is required.  To the extent that a response is required, Defendants admit only that this Court has jurisdiction.

11.     This paragraph sets forth Plaintiff's legal conclusions to which no response is required.  To the extent that a response is required, admitted.

## PARTIES

12.     Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

13.     Defendants admit, with the exception of the second sentence, which is a legal conclusion to which no response is required.

14.     Defendants admit, with the exception of the second sentence, which is a legal conclusion to which no response is required.

## FACTUAL ALLEGATIONS

15.     Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

16.     This paragraph consists exclusively of Plaintiff's allegations regarding its admissions policies and procedures to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

3

17.     This paragraph consists exclusively of Plaintiff's allegations regarding its admissions policies and procedures to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

18.     This paragraph consists exclusively of Plaintiff's allegations regarding its admissions policies and procedures to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

19.     This paragraph consists exclusively of Plaintiff's allegations regarding its admissions policies and procedures to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

20.     This paragraph consists exclusively of Plaintiff's allegations regarding its admissions policies and procedures to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's allegations in this paragraph, and therefore deny them.

21.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit the allegations.

22.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit the allegations.

23.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit the allegations.

24.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit that the University submitted documents and responses to OCR in response to document and information requests.  Defendants lack information sufficient to form a belief as to the truth of the remainder of the allegations.

25.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit that the University submitted documents and responses to OCR in response to document and information requests.  Defendants lack information sufficient to form a belief as to the truth of the remainder of the allegations.

26.     This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, Defendants deny the allegations.

27.     This paragraph, including subparagraphs (a) – (c), consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent that a response is required, Defendants deny the allegations.

28.     This paragraph consists exclusively of Plaintiff's allegations regarding an OCR investigation and compliance review to which no response is required.  To the extent a response is required, Defendants admit that OCR sent Plaintiff a letter dated September 9, 2015. Defendants aver that the letter itself is the best evidence of its contents.

29.     Defendants admit that OCR received a FOIA request subsequently numbered 16-00645-F.  Regarding the remainder of the paragraph, Defendants aver that the request itself is the best evidence of its contents.

30.     Defendants admit that the Department has been named as a defendant in *Students for Fair Admissions, Inc. v. U.S. Department of Education*, No. 1:16-CV-02154-TSC (D.D.C.).  Regarding the remainder of the paragraph, Defendants aver that the complaint itself is the best evidence of its contents.

31.     Defendants admit that OCR sent Plaintiff a letter dated December 1, 2016.  Defendants aver that the letter itself is the best evidence of its contents.

32.     Defendants deny the allegations in this paragraph.  Defendants aver that, on December 9, 2016, OCR emailed Plaintiff regarding the deadline to submit a written statement detailing any objections to disclosure.  Defendants aver that the email itself is the best evidence of its contents.

33.     Defendants admit that Plaintiff sent OCR a letter dated December 23, 2016.  Defendants aver that the letter itself is the best evidence of its contents.

34.     Defendants admit that OCR sent Plaintiff a letter dated March 1, 2017.  Defendants aver that the letter itself is the best evidence of its contents.  Regarding the remainder of this paragraph, Defendants deny the allegations contained herein.  Defendants further aver that they engaged in multiple conversations by phone with Plaintiff to discuss in detail the substantive reasons for their determination regarding Exemption 4's application to the subject records.

35.     This paragraph consists exclusively of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, admitted.

## COUNT I – VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT

36.     Defendants incorporate by reference their responses to paragraphs 1-35 above.

37.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

38.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

39.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

40.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

41.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

42.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

## REQUEST FOR DECLARATORY JUDGMENT

43.     Defendants incorporate by reference their responses to paragraphs 1-35 above.

44.     This paragraph, including subparagraphs (a) – (c), consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

## REQUEST FOR A PERMANENT INJUNCTION

45.     Defendants incorporate by reference their responses to paragraphs 1-35 above.

46.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

47.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

48.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

49.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

50.     This paragraph consists of Plaintiff's legal arguments to which no response is required.  To the extent a response is required, denied.

## PRAYER FOR RELIEF

The remainder of the Complaint is a prayer for relief to which no answer is required, but insofar as an answer is deemed required, Defendants deny that Plaintiff is entitled to the requested relief or any relief whatsoever.  Each and every allegation not heretofore expressly admitted or denied is denied.

## DEFENSES

### First Defense

The Complaint should be dismissed in whole or in part for failure to state a claim upon which relief can be granted.

### Second Defense

The information that Defendants intend to release in response to the subject FOIA Request is not exempt from public disclosure under the FOIA, Trade Secrets Act, or Privacy Act.

### Third Defense

Defendants have fully complied with their obligations under FOIA.

Having fully answered, Defendants respectfully request that the Court dismiss the Complaint in its entirety with prejudice, enter judgment for Defendants, award Defendants their costs, and order such further relief that it deems appropriate.

May 26, 2017                          Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      D.C. Bar 415793
                                      United States Attorney

                                      DANIEL F. VAN HORN
                                      D.C. BAR 924092
                                      Chief, Civil Division

                          By:    _/s/ Daniel P. Schaefer_____
                                      DANIEL P. SCHAEFER
                                      D.C. BAR 996871
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      Tel: (202) 252-2531
                                      E-mail: Daniel.Schaefer@usdoj.gov

                                      *Counsel for Defendants*