UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>*Intervenor-Defendant.* | Civil Action No. 1:17-CV-00485-TSC |

## CERTIFIED INDEX OF THE CONTENTS OF THE ADMINISTRATIVE RECORD

I, Jill B. Siegelbaum, General Attorney, Division of Business and Administrative Law, Office of the General Counsel, U.S. Department of Education, certify that the documents listed in the attached Administrative Record Index are true and accurate copies of the documents prepared in processing and responding to Princeton University's objections to disclosure related to Freedom of Information Act request #16-00645-F. Further, these documents constitute the Administrative Record pertaining to the above-captioned matter. The Department will serve via email today upon the parties' counsel a copy of the documents that comprise the Administrative Record.

Date: 6-16-17

Jill B. Siegelbaum

ADMINISTRATIVE RECORD INDEX

|  | Page No. |
|---|---|
| January 13, 2016 FOIA Request #16-00645-F | 1 |
| January 13, 2016 Department of Education FOIA Acknowledgment Letter - 16-00645-F | 3 |
| October 27, 2016 Complaint *SFA v. DOE*, Case No. 16-2154 (D.D.C.) | 4 |
| December 1, 2016 Letter to Princeton | 16 |
| December 5, 2016 Letter to Princeton | 20 |
| December 23, 2016 Letter to DOE | 22 |
| December 30, 2016 email FW_ Princeton University, FOIA Request 16-00645-F | 35 |
| March 1, 2017 Letter to Princeton University, FOIA 16-00645-F | 38 |
| March 9, 2017 email RE_ Students for Fair Admissions FOIA request, 2016cv02154 | 40 |
| March 10, 2017 email RE_ Students for Fair Admissions FOIA request, 2016cv02154 | 43 |
| March 13, 2017 email Discussion re Additional Redactions | 45 |
| March 13, 2017 email RE_ Students for Fair Admissions FOIA request, 2016cv02154 | 46 |
| March 17, 2017 email RE_ Students for Fair Admissions FOIA request, 2016cv02154 | 50 |