# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS<br><br>        Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>        Proposed Defendant-Intervenors | Civil Action No. 1:17-cv-00485 |

## [PROPOSED] ORDER

Upon consideration of the motion to supplement the administrative record by Students for Fair Admissions, Inc. ("SFFA"), and for good cause shown, it is hereby ORDERED that SFFA's motion is GRANTED.

It is further ORDERED that the Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights shall supplement the administrative record with the documents that they determined they must release in response to SFFA's request under the Freedom of Information Act and over the objections of Princeton University.

SO ORDERED.

Date: _____

                                                                          _____<br>
                                                                          The Honorable Tanya S. Chutkan<br>
                                                                          U.S. District Judge