**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>       Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>       Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO DEFENDANT-INTERVENOR'S MOTION
<u>TO SUPPLEMENT THE ADMINISTRATIVE RECORD</u>**

Defendants respectfully move under Federal Rule of Civil Procedure 6(b), for an extension of time of seven (7) days, up to and including July 17, 2017, within which to respond to the Defendant-Intervenor's Motion to Supplement the Administrative Record.  Defendant-Intervenor filed its motion on June 26, 2017, making Defendants' response due July 10, 2017. Undersigned counsel was out of the office from June 26, 2017 through July 4, 2017, for previously scheduled leave.  The additional requested time is necessary to give adequate time to review Defendant-Intervenor's Motion internally within the U.S. Attorney's Office and within the Federal Programs Branch of the Civil Division, to consult with the Agency, and to prepare an appropriate response.

Pursuant to Local Rule 7(m), undersigned counsel contacted counsel for Plaintiff and Defendant-Intervenor, who do not oppose this requested extension of time.  If the Court grants this motion, Plaintiff requests, and Defendants and Defendant-Intervenor both consent, to a corresponding extension of the summary-judgment briefing schedule that would extend all of the dates in the current briefing schedule by seven days.  A proposed order is attached.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and extend the deadline for Defendants and Plaintiff to respond to Defendant-Intervenor's Motion to Supplement the Administrative Record by seven (7) days, and, additionally, to grant a corresponding seven-day extension to the existing summary-judgment briefing schedule.


July 7, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar 415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:      */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Counsel for Defendants*