IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS,<br><br>    Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>    Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

**[PROPOSED] ORDER**

Having considered Defendants' Consent Motion for an Extension of Time to Respond and for good cause shown, the Court hereby **GRANTS** Defendants' Motion.

Defendants and Plaintiff shall file their response to Defendant-Intervenor's Motion to Supplement the Administrative Record on or before July 17, 2017.

Plaintiff's motion for summary judgment shall be due by July 24, 2017. Amicus briefs in support of Plaintiff's motion shall be due by July 31, 2017. Defendant's and Defendant-Intervenor's Combined Oppositions and Cross-Motions shall be due by September 8, 2017. Amicus briefs in support of Cross-Motions are due by September 15, 2017. Plaintiff's Combined Reply and Opposition is due by September 29, 2017. Defendant's and Defendant-

Intervenor's Replies are due by October 27, 2017.  Copy of the administrative record cited by parties is due to the court by November 10, 2017.

Dated _____          _____
                                TANYA CHUTKAN
                                UNITED STATES DISTRICT JUDGE