**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 17-cv-485-TSC |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) ) | |
| Defendant-Intervenor. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Supplement the Administrative Record by Defendant-Intervenor Students for Fair Admissions, Inc.; the memoranda in opposition by Plaintiff The Trustees of Princeton University and Defendants United States Department of Education and United States Department for Education, Office for Civil Rights; and any reply thereto, it is hereby

ORDERED that Defendant-Intervenor Students for Fair Admissions, Inc.'s Motion to Supplement the Administrative Record is DENIED.

SO ORDERED.


Dated: _____        _____
                                                    The Honorable Tanya S. Chutkan
                                                    United States District Judge