IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS,<br><br>　　　　Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>　　　　Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

　　　Please take notice that by this filing, undersigned attorney Kevin M. Snell of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of Defendants in the above-captioned case.

　　　By this filing, Mr. Snell's appearance also substitutes for the appearance of Daniel Schaefer as counsel of record for Defendants.

　　　Dated: July 17, 2017　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　Assistant Branch Director, Federal Programs Branch

1

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6108
Washington, D.C.  20530
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*