**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>       Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>       Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Combined Opposition to Defendant-Intervenor's Motion to Supplement the Administrative Record and Unopposed Motion for Voluntary Remand and Stay, and for good cause shown, the Court hereby **GRANTS** Defendants' Motion. The Court **DIRECTS** Defendants to file a status report within 60 days of the date of this order, and then every 30 days thereafter until the remand proceedings are finished, indicating the status of those proceedings. The Court **STAYS** this consolidated action pending remand proceedings until Defendants notify the Court that they have made their determinations as to whether the documents that Plaintiff challenges are exempt from production. The Court **DENIES** Defendant-Intervenor's motion to supplement the administrative record as moot**.**

1

Dated: _____

_____
TANYA CHUTKAN
UNITED STATES DISTRICT JUDGE