IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>      Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>      Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

## STATUS REPORT

Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights ("the Department") respectfully submit this status report in response to this Court's July 25, 2017 Order.

## BACKGROUND

This lawsuit stems from a Freedom of Information Act ("FOIA") request that Students for Fair Admissions, Inc. ("SFFA") submitted to the Department that sought documents concerning a compliance review into Princeton University's undergraduate admissions practices. SFFA brought a lawsuit to compel disclosure of those documents, but Princeton argued that certain material was exempt from disclosure and should not be produced. After the Department disagreed with Princeton, the school also brought a lawsuit, arguing the Department's decision

1

was arbitrary and capricious under the Administrative Procedure Act.  The Court consolidated the two actions, ECF No. 4, the Department compiled an administrative record ("AR"), ECF No. 13, and SFFA moved to supplement that record, ECF No. 14.

After further scrutinizing the AR, the Department moved for a voluntary remand and a stay of this litigation, explaining that it found certain discrepancies between the documents it planned to release and those the record addressed, and that it also wanted to reevaluate the underlying decisions challenged by Princeton and develop a detailed record.  Mem. Points & Auth. at 3, ECF No. 20.  Princeton, through counsel, indicated that it did not oppose a remand with the understanding that it could supplement its arguments before the agency on remand as to why documents should be exempt from disclosure.  Mot. for Voluntary Remand & Stay at 1, ECF No. 20.  SFFA, through counsel, indicated that it did not oppose a remand, on the condition that the Department provide the Court with a status update sixty days after the Court orders remand, and then every 30 days after that until remand proceedings are completed.  *Id.* at 2.

The Court granted the Department's motion, remanding proceedings to the agency and staying this litigation.  July 25, 2017 Order.  In doing so, the Court ordered the Department to file a status report by September 25, 2017, and every thirty days thereafter until proceedings on remand are finished.  *Id.*

## STATUS

After this Court's order, the Department sent Princeton a letter on August 11, 2017, informing the school that the Department would reevaluate Princeton's initial arguments in light of the Court's remand.  The Department further informed the school that if it wanted to update or supplement its arguments, it could submit a letter doing so by September 1, 2017.

Subsequently, Princeton requested an extension of the deadline to respond to the Department's letter to October 1, 2017, citing travel and the birth of counsel's child as the reasons for the request. The Department approved the request and informed Princeton that the agency expects this to be the school's only extension request. The Department therefore expects to receive any supplemental arguments from Princeton by October 1, 2017. After that, the Department will timely respond to Princeton.

Dated: September 25, 2017      Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6108
Washington, D.C.  20530
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*