IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>      Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>      Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

## STATUS REPORT

Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights ("the Department") respectfully submit this status report in response to this Court's July 25, 2017 Order.

## BACKGROUND

This lawsuit arises out of a Freedom of Information Act ("FOIA") request that Students for Fair Admissions, Inc. ("SFFA") submitted to the Department that sought documents concerning a compliance review into Princeton University's undergraduate admissions practices. SFFA sued to compel disclosure of those documents, and Princeton then sued to stop the release of certain documents. The Department moved for a voluntary remand and a stay of this litigation, which this Court granted. July 25, 2017 Order. The Court further ordered the

1

Department to file a status report by September 25, 2017, and every thirty days thereafter until proceedings on remand are finished.  *Id.*  On September 25, 2017, the Department filed a status report, informing the Court that it sent Princeton a letter on August 11, 2017 offering Princeton an opportunity to provide supplementary materials by September 1, 2017, and that the agency agreed to Princeton's request to extend that deadline until October 1, 2017.  ECF No. 21.

## STATUS

On October 2, 2017, Princeton supplemented its prior arguments by submitting four letters and a declaration.[1]  The Department is actively reviewing this material, as well as Princeton's prior submissions, and evaluating whether records should be released or withheld in response to SFFA's FOIA request.  The Department currently expects to respond to Princeton on or before December 8, 2017.  While this anticipated response is approximately two weeks longer than the 120 days Defendants initially expected to need to complete remand proceedings, this additional time is necessary in light of Princeton's previous request for a month-long extension, other work demands, upcoming federal holidays, and absences from the office.

Dated: October 25, 2017       Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6108
Washington, D.C.  20530

---

[1] The Department approved of a request by Princeton to extend the October 1, 2017 deadline for its supplementary materials to October 2, 2017 because October 1 was a Sunday.

        Tel.: (202) 305-0924
        Fax: (202) 616-8460
        E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*