**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>U.S. DEPARTMENT OF EDUCATION,<br>OFFICE FOR CIVIL RIGHTS,<br><br>            Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>            Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

**STATUS REPORT**

Defendants U.S. Department of Education and U.S. Department of Education, Office for Civil Rights ("the Department") respectfully submit this status report in response to this Court's July 25, 2017 Order.

**BACKGROUND**

This lawsuit arises out of a Freedom of Information Act ("FOIA") request that Students for Fair Admissions, Inc. ("SFFA") submitted to the Department that sought documents concerning a compliance review into Princeton University's undergraduate admissions practices. SFFA sued to compel disclosure of those documents, and Princeton then sued to stop the release of certain documents. The Department moved for a voluntary remand and a stay of this litigation, which this Court granted. July 25, 2017 Order. The Court further ordered the

1

Department to file a status report by September 25, 2017, and every thirty days thereafter until proceedings on remand are finished. *Id.*

The Department has since filed two status reports. On September 25, 2017, the Department informed the Court that it had provided Princeton an opportunity to submit supplementary material, ECF No. 21, and on October 25, the Department informed the Court that it received and was reviewing that material, and that it expected to respond to Princeton on or before December 8, 2017, ECF No. 22.

## STATUS

The Department's review of Princeton's arguments remains ongoing. The Department still plans to respond to Princeton on or before December 8, 2017, informing the school of whether the agency finds the records exempt from production. After the Department responds to Princeton, it will reach out to the school and to SFFA to try to find a path forward.

Dated: November 24, 2017   Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6108
Washington, D.C.  20530
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*