# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS, <br><br> Defendants, <br><br> and <br><br> STUDENTS FOR FAIR ADMISSIONS, INC., <br><br> Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

## JOINT STIPULATION OF DISMISSAL

All parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action without prejudice. All parties shall bear their own costs and attorney's fees.

Dated: December 8, 2017    Respectfully submitted,

                                                   CHAD A. READLER
                                                   Principal Deputy Assistant Attorney General

                                                   MARCIA BERMAN
                                                   Assistant Branch Director, Federal Programs Branch

                                                   /s/ Kevin M. Snell
                                                   KEVIN M. SNELL
                                                   Trial Attorney
                                                   United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 6108
Washington, D.C.  20530
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*

/s/_ Lindsay C. Harrison

Thomas J. Perrelli (D.C. Bar No. 438929)
Lindsay C. Harrison (D.C. Bar No. 977407)
Jessica R. Hertz (D.C. Bar No. 989589)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone 202 639-6000
Fax 202 639-6066
Email: tperrelli@jenner.com
　　　　lharrison@jenner.com
　　　　jhertz@jenner.com

*Attorneys for The Trustees of
Princeton University*

/s/ J. Michael Connolly

J. Michael Connolly (D.C. Bar No. 995815)
William S. Consovoy (D.C. Bar No. 493423)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
Email: mike@consovoymccarthy.com

*Attorneys for Students for Fair Admissions,
Inc.*