UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUSTEES OF PRINCETON UNIVERSITY,** ) ) ) ) Plaintiff, ) ) v. ) ) **U.S. DEPARTMENT OF EDUCATION et al.**, ) ) ) Defendants. ) | Civil Action No. 17-cv-485 (TSC) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties (ECF No. 24), the Administrative Dismissal in this action is hereby converted to a dismissal without prejudice. Each party to bear its own costs.

Date: December 11, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge